1 Alan J. Kessel (Cal. Bar No.: 130707)
  Keli N. Osaki (Cal. Bar No.: 177920)
2 Brandon Q. Tran (Cal. Bar No.: 223435)
  **BUCHALTER NEMER**
3 A Professional Corporation
  18400 Von Karman Avenue, Suite 800
4 Irvine, California 92612-0514
  Telephone: (949) 760-1121
5 Facsimile: (949) 720-0182
  E-mail: btran@buchalter.com
6
  Attorneys for Plaintiff DIRECTV, INC.
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11 DIRECTV, INC., a California corporation, | Case No. CV-04-1754 MJJ |
| 12       Plaintiff, | Hon. Martin J. Jenkins |
| 13       vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT KELWYN PENDER;** |
| 14 MICHAEL POLISKY, et al., | **[PROPOSED] ORDER THEREON** |
| 15       Defendants. | |

16

17       Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV")

18 hereby respectfully requests that the Court enter an Order dismissing the above-captioned action

19 with prejudice as to Defendant Kelwyn Pender ("Defendant"). This request is made on the

20 grounds that Defendant and DIRECTV have entered into an agreement settling this matter.

21 Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action

22 against Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action

23 to date.

24       Although on July 5, 2005 this Court conditionally dismissed without prejudice

25 DIRECTV's claims against Defendant, DIRECTV is obligated under the terms of the settlement

26 agreement to take all reasonable steps to obtain a dismissal of this action with prejudice against

27 Defendant, each party to bear its/his own costs and attorneys' fees. DIRECTV files this Request

28 in fulfillment of that obligation.

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT KELWYN PENDER;**
**[PROPOSED] ORDER THEREON**

1    Defendant answered the Complaint on or about September 13, 2004. DIRECTV,

2  therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court

3  order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an

4  order dismissing Defendant with prejudice.

5    Defendant Kelwyn Pender is the last remaining active Defendant in this action.

6  This entire action as to all remaining claims is therefore terminated in full.

7  DATED: October 3, 2005                Respectfully Submitted,

8                                         BUCHALTER NEMER
                                          A Professional Corporation
9

10

11  By:_____/S/_____
                                          Brandon Q. Tran
12                                Attorneys for Plaintiff DIRECTV, Inc.

13                              **<u>ORDER</u>**

14    Having read the foregoing Request for Voluntary Dismissal of Defendant

15  Kelwyn Pender filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed

16  appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as

17  follows:

18    1.    This action is hereby dismissed with prejudice as against Defendant

19  Kelwyn Pender;

20    2.    Each party shall bear its/his own attorneys' fees and costs incurred in this action to

21  date; and

22    3.    As Defendant Kelwyn Pender is the last remaining active Defendant in this action,

23  this entire action as to all remaining claims is hereby terminated in full.

24  DATED:  10/6/2005

25  _____

26                                Honorable Martin J. Jenkins
                                  United States District Court
27                                Northern District of California

28

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT KELWYN PENDER;
[~~PROPOSED~~] ORDER THEREON**